IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| FARMERS AUTOMOBILE INSURANCE ASSOCIATION and PEKIN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT T. LONG, PAUL J. DHANENS and DIANE M. DHANENS, Individually and as Co-Administrators of the Estate of PHILIP A. DHANENS, Deceased,<br><br>Defendants. | Case No.  1:13-cv-01236-AWI-BAM<br><br>**ORDER ON PLAINTIFFS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO OBTAIN SERVICE (Doc. 25)**<br><br>**ORDER ON PLAINTIFFS' APPLICATION FOR APPOINTMENT OF SPECIAL PROCESS SERVER  (Doc. 26)**<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

Currently before the Court is Plaintiffs' *Ex Parte* Application for an Extension of Time to Obtain Service and Plaintiffs' Application for Appointment of Special Process Server. (Doc. 25, 26.)  Plaintiffs are informed that court appointments of special process servers are unececessary in the Eastern District of California.  The Court will therefore DENY Plaintiffs' Application for Appointment of Special Process Server.

Having considered Plaintiffs' *Ex Parte* Application for an extension of time to obtain service, and for good cause shown, Plaintiffs' Application is GRANTED.

1

Based on the foregoing, the Court ORDERS as follows:

1. Plaintiffs' Application for Appointment of Special Process Server is DENIED;

2. Plaintiffs' *Ex Parte* Application for an Extension of Time to Obtain Service of Defendant Scott L. Long is GRANTED. The time for obtaining service as to Defendant Scott T. Long in this matter is extended for 120 days from the date of this order.

3. The Initial Scheduling Conference, currently set for January 21, 2014, is CONTINUED to April 15, 2014, at 8:30 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **November 14, 2013**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

2